UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VICTORIA FIRE AND CASUALTY ) <br> COMPANY, ) <br>       Plaintiff ) <br> ) <br>   v. ) <br> ) <br> UNITED STATES POSTAL ) <br> SERVICE ) <br>       Defendant ) | **JUDGMENT** <br><br> No. 5:09-CV-470-DAN |

**Decision by Court.**
**This case came before the Honorable David W. Daniel, United States Magistrate Judge for trial.**

**IT IS ORDERED, ADJUDGED AND DECREED the Court finds in favor of the plaintiff, Victoria Fire and Casualty Company in the amount of $8,688.24 plus costs and interest allowed by the Court.**

This Judgment Filed and Entered on February 10, 2010 with service on:

Ernest A. Mills, (Via cm/ecf Notice of Electronic Notification)
Seth M. Wood, (Via cm/ecf Notice of Electronic Notification)
Edward D. Gray (Via cm/ecf Notice of Electronic Notification)

Date: February 10, 2011

                                          DENNIS P. IAVARONE, CLERK
                                          /s/ Delsia Heath
                                          (By): Delsia Heath, Deputy Clerk