UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VICTORIA FIRE AND CASUALTY ) <br> COMPANY, ) <br>       Plaintiff      ) <br> ) <br>   v.  ) <br> ) <br> UNITED STATES POSTAL  ) <br> SERVICE  ) <br>       Defendant  ) | **JUDGMENT** <br><br> No. 5:09-CV-470-DAN |

**Decision by Court.**
**This case came before the Honorable David W. Daniel, United States Magistrate Judge for trial.**

**IT IS ORDERED, ADJUDGED AND DECREED the Court finds in favor of the plaintiff, Victoria Fire and Casualty Company in the amount of $8,688.24 plus costs and interest allowed by the Court.**

This Judgment Filed and Entered on February 10, 2011 with service on:

Ernest A. Mills, (Via cm/ecf Notice of Electronic Notification)
Seth M. Wood, (Via cm/ecf Notice of Electronic Notification)
Edward D. Gray (Via cm/ecf Notice of Electronic Notification)

Date: February 10, 2011

                                      DENNIS P. IAVARONE, CLERK
                                      /s/ Delsia Heath
                                      (By): Delsia Heath, Deputy Clerk